IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRIARCLIFF 537 LLC
doing business as
The Brooke,

    Plaintiff,

    v.

BRENT WHITE
AND ALL OTHER OCCUPANTS,

    Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-4111-TWT

**ORDER**

    This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the action to the Magistrate Court of DeKalb County. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of DeKalb County.

SO ORDERED, this 5 day of March, 2018.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge